**UNITED STATES of America v. J. Hugh NOLEN.**

No. 3284.

Circuit Court of Appeals, Tenth Circuit.

Jan. 19, 1946.

Cleon A. Summers, U. S. Atty., and Francis Stewart, Asst. U. S. Atty., both of Muskogee, Okl., for appellant.

No appearance for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellant.

**UNITED STATES of America, Appellee, v. Jerome POSTER, alias Jerry, Appellant.**

No. 9058.

Circuit Court of Appeals, Third Circuit.

Submitted on Briefs Jan. 24, 1946.

Decided Feb. 1, 1946.

Appellant submitted his brief in typewritten form with copies for the court only.

Gerald A. Gleeson and Thomas J. Clary, both of Philadelphia, Pa., for appellee.

Before BIGGS, GOODRICH, and O'CONNELL, Circuit Judges.

PER CURIAM.

The order of the court below denying the defendant's motion for a new trial is affirmed.

**UNITED STATES of America and H. C. Jones, Collector of Internal Revenue, v. TOWER PRODUCTION COMPANY.**

No. 3286.

Circuit Court of Appeals, Tenth Circuit.

Jan. 21, 1946.

Charles E. Dierker, U. S. Atty., and John Brett, Asst. U. S. Atty., both of Oklahoma City, Okl., for appellant.

Paul G. Darrough, of Oklahoma City, Okl., for appellees.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed on motion of appellants and pursuant to stipulation.

**WESTERN LOAN & BUILDING COMPANY, a Corporation, Appellant, v. Albert C. ARTHUR and H. B. Estes, Appellees.**

No. 11075.

Circuit Court of Appeals, Ninth Circuit.

Jan. 31, 1946.

M. Perelli-Minetti, of Los Angeles, Cal., and H. L. Mulliner, of Salt Lake City, Utah, for appellant.

Fred A. Wilson, of San Bernardino, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant for dismissal of the appeal herein, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, with costs in favor of appellees, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.